IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAMS, | No. C 11-01912 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| SERGEANT GARCIA, et al., | |
| Defendants. | |

On April 20, 2011, this action was opened when the Court received a one-page document entitled, "Civil Complaint Coversheet" from Plaintiff, a state prisoner. He included the case caption and his address on that document; however, he did not attach any other pages outlining any claims, the factual basis for his claims or the relief requested. Nor did he include a page with his signature and the signature date. On the same date, Plaintiff also submitted a three-page document entitled, "Request for a Temporary Restraining Order." In that document, he claims that he is "in the process of filing his 42 U.S.C. § 1983 civil complaint form in this Honorable Court." (TRO Req. at 1.)

In two separate Notices, also dated April 20, 2011, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application. Plaintiff was informed that he must complete these documents within thirty days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than thirty days have passed and Plaintiff has not filed the requisite documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall terminate all pending motions as moot, including Plaintiff's "Request for a Temporary Restraining Order" (docket no. 3), and close the file.

This Order terminates Docket no. 3.

IT IS SO ORDERED.

DATED:   5/25/11

SAUNDRA BROWN ARMSTRONG

G:\PRO-SE\SBA\CR.11\Williams1912.NoCompl&DisIFP.wpd

|||
|---|---|
| | United States District Judge |

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

JOSEPH WILLIAMS,

        Plaintiff,

  v.

GARCIA et al,

        Defendant.
                                   /

Case Number: CV11-01912 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Williams G-41217
California State Prison - San Quentin
San Quentin, CA 94974

Dated: May 27, 2011

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Williams1912.NoCompl&DisIFP.wpd